WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KAREN SALAZAR,**                                    Case No. 3:10-cv-895-HU

         Plaintiff,

vs.                                                                ORDER

**COMMISSIONER of Social Security,**

         Defendant.

_____

         A supplemental award of attorney fees in the amount of $829.22 is hereby granted to Plaintiff

pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Subject to offset under the Treasury

Offset Program (if any), the check shall be sent to Tim Wilborn's address: P.O. Box 370578, Las

Vegas, NV 89137. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

         DATED this 29 day of ___Nov.___, 2012.

                                                    _____
                                                    United States District / Magistrate Judge

Submitted by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
   Attorney for Plaintiff

ORDER - Page 1